WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-245—Claimant )

PHILLIPS PETROLEUM COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 19, 1973.*

PHILLIPS PETROLEUM COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-340—Claimant )

DESAULNIERS AND COMPANY, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed July 19, 1973.*

DESAULNIERS AND COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.